UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 22-12642
Eric Sanders, )
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO MODIFY AUTOMATIC STAY**

THIS MATTER coming to be heard on motion of Eastern Savings Bank, FSB, to modify stay, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted. The stay is modified to permit Eastern Savings Bank, FSB to exercise in rem non-bankruptcy remedies as to the property commonly known as 6217 S. Rockwell, Chicago, IL 60629.

2. Rule 4001(a)(3) does not apply to this order.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: December 13, 2022

**Prepared by:**

Klein, Daday, Aretos & O'Donoghue, LLC
1051 Perimeter Drive, #300
Schaumburg, IL 60601
(847) 590-8700